ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 24-cr-00057 VC |
|---|---|
| Plaintiff, | ) [PROPOSED] DETENTION ORDER |
| v. | ) |
| KAVEN HARRIS, | ) |
| Defendant. | ) |

On January 30, 2023, defendant Kaven Harris was charged in a two-count Indictment with being a Felon In Possession Of A Firearm, in violation of 18 U.S.C. § 922(g)(1), and with Robbery Affecting Interstate Commerce, in violation of 18 U.S.C. § 1951(a).

This matter came before the Court on October 11, 2024, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Angela Chuang. Assistant United States Attorney Wendy M. Garbers appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, incorporated herein by reference the Court finds by clear and convincing evidence that no condition or combination of

conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: Defendant has a history of firearms convictions. In 2013 he was convicted carrying a loaded firearem in public; in 2019 he was convicted of unlawfully possessing a firearm; and in 2024 he was again convicted of unlawfully possessing a firearm. He has also sustained narcotics convictions, including a 2019 felony conviction for possession of cocaine base for sale. Mr. Harris also has a history of personal drug use and was in the possession of narcotics when he was arrested in this matter. Mr. Harris does not have a history of stable employment, and Pretrial Services indicates that he has used six aliases. The Court has also reviewed the video of the alleged assault submitted by the government. The video depicts a serious crime in which the defendant allegedly robbed the female victim at gunpoint and pistol whipped her on the side of the head.

Although Mr. Harris proposes his mother and his significant other as sureties and custodians, the Court finds that they are insufficient to mitigate the danger to the community. Mostly notably, although they have been involved in his life during the past ten years, they have been unable to prevent Mr. Harris from engaging in criminal conduct.

Accordingly, the Court concludes that Mr. Harris must be detained pretrial. This finding is made without prejudice to the defendant's right to seek review of his detention, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government,

1 | the person in charge of the corrections facility in which the defendant is confined shall deliver the
2 | defendant to an authorized United States Marshal for the purpose of any appearance in connection with a
3 | court proceeding.

4     IT IS SO ORDERED.

5 DATED: October 14, 2024

                                          HON. PETER H. KANG
                                          United States Magistrate Judge