CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFF MITCHELL (CABN 236225)
Chief, Criminal Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6475
FAX: (415) 436-7234
wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAVEN HARRIS,<br><br>Defendant. | No. 24-cr-00057 VC<br><br>**UNITED STATES' SUPPLEMENTAL SENTENCING MEMORANDUM**<br><br>Date: August 4, 2026<br>Time: 2:00 p.m. |

The parties initially appeared for defendant Kaven Harris's sentencing on September 17, 2025. At that time, the Court expressed concerns about whether the parties' agreed-upon sentencing range was too low. The Court deferred sentencing for 10 months, so that Mr. Harris would have the opportunity to demonstrate a track record of compliance, allowing the Court to become more comfortable with the agreed-upon sentencing range.

Since then, Mr. Harris's performance on release has been without major issues, but it has not been perfect. On December 4, 2025, Mr. Harris tested positive for marijuana use. (ECF 40.) Although he was admonished by Pretrial, Mr. Harris again tested positive for marijuana use on May 11, 2026. (ECF 44.) He then missed drug tests on May 14, 2026, and May 25, 2026. (*Id.*) Thereafter, Mr. Harris failed to respond to his Pretrial Officer for a number of days. (*Id.*) Mr. Harris has commendably been

without any new arrests.

Against this backdrop, and for the reasons set forth in the government's initial sentencing memo (ECF 33), the government continues to recommend that the Court sentence Mr. Harris to 48 months in custody. 48 months is less than half of the guidelines range. It accounts for the efforts at positive change Mr. Harris has made while on release, his difficult and abuse upbringing, but also the fact that Mr. Harris's crime was violent and brazen. He struck a woman in the head with a pistol in the course of robbing her at gunpoint. He put his victim in fear for her life. A 48-month sentence is sufficient, but not greater than necessary.

DATED: July 28, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney